MINUTE ENTRY : Bench Trial - Plaintiff was present with his counsel Jay Sorensen. Defendant Micro Pacific Development's representative, Mr. Masayuki Tsukada, was present with counsel, Tred Eyerly.

Plaintiff moved for all witnesses to be out of the court room until they have been called to testify. Court ruled that all witnesses would be excluded from the courtroom unitl they were called to testify except for the key witness for witness for each side.

At 9:45 a.m. Plaintiff's Counsel made opening statement. At 10:00 a.m. Defense made their opening statement.

Robert Campbell and Masako Nighigaya were both sworn as Japanese interpreter/ Translators. Plaintiff's Case.

Plaintiff's Witness: MD. Harun-Or-Rashid, owner of Jenny Taxi; DX. Exhibit # 1-Plaintiff's proposal for taxi service to the Saipan Grand Hotel; April 20, 1997. Exhibit #4-Boboy's Taxi proposal for Saipan Grand Hotel. Plaintiff's counsel moved for admission of Ex. #4. Court so ordered. Ex. #2 - Jenny Taxi proposal for Saipan Grand Hotel in Decemeber, 1997. Plaintiff's counsel moved to admit Ex. #3; ltr to Saipan grand Hotel from Rashid. Court so ordered. Exhibit #8 - Notice from Grand Hotel to taxicab owners. Plaintiff's counsel moved to admit #8. Court so ordered. Exhibit #6; Memo from Saipan Grand Hotel regarding new policy for Taxi Service. Plaintifffs counsel moved to admit #6. Court so ordered. Court recessed for lunch break at 11:30 a.m. and reconvened at 1:10 p.m. Defense counsel began with CX of Witness Rashid. Def. Ex.#1 - Taxi Cab Rental Agreement. Defense moved to admit Def. Ex. #1. Court so ordered. Def. Ex. #16 - Rules and Regulations regarding taxi operators. Defense moved that Def. Ex. #16 be admitted into evidence. Court so ordered. Def. Ex. #2 - proposal letter to Saipan Grand Hotel to Rashid. Def. Ex. #5; memorandum regarding new policy to control the taxi service dated March 6, 1998. Def. Ex. 12; ltr to Saipan Grand Hotel from BPS Security dated July 21, 1997. Def. Ex. # 13; Ltr from Dhan Bahadug Garung to Saipan Grand Hotel dated January 17, 1998. Def. Ex. #14; Ltr from Anwar Hossain to Assistant General Manager of the Saipan Grand Hotel dated April 1998.

Plaintiff called witness: Domingo Dela Cruz (Personal Manager of Saipan Grand Hotel); DX. DX/CX by Defense Counsel. Def. Ex. #9 - Ltr to Mr. Muna dated 12/23/93. Def. moved to admit Def. Ex. #9. Court so Ordered. Def. Ex. #10 - Ltr to Mr. Muna dated 7/7/94. Def. moved to admit Def. Ex. #10. Court so Ordered. Def. Ex. #11 - Ltr to Mr. Ada dated 1/4/95. Defense moved to admit Def. Ex. #11. Court so ordered. Reference to Plaintiffs Ex.#6. RDX.

Court recessed at 2:40 p.m. and reconvened at 3:00 p.m.

Plaintiff called witness Hiroki Sugie, (Front desk Manager of Saipan Grand Hotel) DX. Reference to Plaintiff's Ex. #7 - proposal from Saipan Radio Cab dated April 14, 1998. Plaintiff's counsel moved to admit Plaintiff's Ex. #7 into evidence. Court so ordered.

Court recessed for the evening at 4:30 p.m. to reconvene at 9:00 a.m. tomorrow morning.
; [LV EOD 10/23/2001]