MINUTE ENTRY   Bench Trial - Day 2
Plaintiff was present with his counsel Jay Sorensen. Defendant Micro Pacific Development's representative, Mr. Masayuki Tsukada was present with counsel, Tred Eyerly.
HIROKI SUGIE (Front Desk Manager of Saipan Grand Hotel) CX. Def. Ex.#8 - Ltr to Jesus Pangelinan from Saipan Grand Hotel. Defense Counsel moved to admit Def. Ex.#8 into evidence. Court so ordered. Reference to Plaintiffs Ex. #6. Def. Ex.#7 - Agreement between Saipan Grand Hotel and Saipan Radio Cab. Defense Counsel moved for admission of Def. Ex. #7. Court so ordered. RDX. Ref. to Def. Ex. #8. MASAYUKI TSUKADA (Saipan Grand Hotel, General Manager). dx. Plaintiff counsel moved to admit Ex. 5  into evidence. Court so ordered. Court Recessed at 10:30 and reconvened at 11:00 a.m.  Plaintiff's counsel continued with DX of Witness Tsukada. Court recessed for lunch break at 11:30 and reconvened at 1:10 p.m. Defense counsel began CX of Witness Tsukada. reference to Pltf. #6. Def. Ex. #6-Security Services Agreement. Defense moved to admit Def. Ex.#6 into evidence. Court so ordered. Fed. Ex. #15 - By Laws of Micro Pacific Development Inc. Defense counsel moved to admit Def. Ex. #15 into evidence. Court so ordered. Reference to Plaintiff Ex. #3 RDX. Reference to Plaintiffs Ex.#9 - Annual report of Micro Pacific Development, Inc. Planitiff moved that Plaintiff Ex#9 be admitted into evidence. Court so ordered. Plaintiff's counsel called witness Jesus S. Pangelinan (Mayor's Office - General Supervisor Heavy equipment Operator and Owner of Saipan Radio Cab) DX. Defense counsel moved to take two witnesses out of order due tot the fact they had flown over from Tinian for the purpose of testifying today. there being no objection by Plaintiff, Court so ordered. Defendant's counsel called witness Suk Tamang (previous employee of BPS Security Services). DX by Defense Counsel. Def. Ex. #12 Ltr from BPS Security. Defense Counsel moved to admit Def. Ex.#12Ltr from BPS Security. Defense counsel moved to admit Fed. Ex. #12. Court so ordered. CX. Defendant's counsel called witness Dhan Bahadug Gurung (previous employee of BPS Security Services). DX by Defense Counsel. reference to Plaintiff Ex. #6. Def. Ex. # 13 - Ltr to Saipan Grand Hotel from Dhan Gurung. Defense counsel moved to admit Def. Ex.#13 into evidence. Court so ordered. CX. Dx. RCX. Court recessed at 3:10 p.m. for afternoon break and reconvened at 3:40 p.m. Plaintiff's counsel called witness Jesus D. Sablan (Member of Board of Directors of Saipan Grand Hotel and Assistant General Manager). DX. Reference to Plaintiffs Ex.#4. Reference to Plaintiffs Ex.#1. Reference to Plainitffs Ex.#3. Defense counsel moved to admit Def. Ex. #13. Plainitff's counsel objected. Court overuled and ordered the Def. Ex.#13 be admitted into evidence. Court recessed at 4:30 p.m. to reconvene September 10, 1998 at 1:30 p. m.
;   [LV EOD 10/24/2001]