MINUTE ENTRY  Bench Trial - Day 3. Plaintiff was present with his counsel Jay Sorensen. Defendant Micro Pacific Development's representative, Mr. Masayuki Tsukada, was present with counsel, Tred Eyerly. Jesis D. Sablan (Member of Board of Directors of Saipan Grand Hotel and Assistant General Manager). Planitiff continued with DX. Plaintiffs Ex. #10 - Letter to Gregorio I. Sablan from Banjong T. Demapan dated October 10, 1995. CX. Plaintiff rested at 1:50 p.m. Defense counsel moved for a directed verdict. Plaintiff argued against the motion. Court recessed at 2:05 p.m. and reconvened at 2:50 p.m. Court denied the motion for a directed verdict without prejudice. Defense rested their case at 2:55 p.m. Plainitff's counsel recalled witness/plaintiff to testify. MD. Harun-or-Rashid. DX. Plaintiff's Ex. #11 - Photograph of trash can. Plaintiff's counsel moved to admit plaintiff Ex. #11 into evidence. Court so ordered. CX. Plaintiff again rested at 3:10 p.m. Defense moved for a directed verdict. Court granted defendant's renewed motion for judgment as a matter of law and found in defendant's fovor. Court stated that a written decision would be forthcoming.;   [LV EOD 10/26/2001]